FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0591

_____

JACOB SMITH,

      Petitioner and Appellant,

   v.                           O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Appellant Jacob Smith has filed his third motion for extension of time within which to file his reply brief. On August 13, 2020, we issued an Order granting Appellant's second motion for extension which included that no further extensions would be granted.

Appellant's reply brief was due October 2, 2020, and the matter has already been sent to the Court for consideration. Therefore,

IT IS ORDERED that motion for extension is DENIED. This matter is deemed submitted on the briefs filed to date.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020